# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DESHON T. GARRISON,          :   No. 53 MM 2023

            Petitioner       :

         v.               :

DEPARTMENT OF CORRECTIONS,    :
SUPERINTENDENT WAKEFIELD LT.    :
HARPER, CAPT. SPOCK SCI SMITHFIELD,   :

        Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus, the "Motion to Move for Immediate Relief," and the Application for Leave to File Answer *Nunc Pro Tunc* are DISMISSED.